UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RANDALL WILLIAMS                                                    CIVIL ACTION

VERSUS

TROY LAWRENCE, JR., ET AL.                              NO. 24-00294-BAJ-SDJ

## RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 11, the "Report")** recommending that the Court dismiss Plaintiff's claims without prejudice for failure to serve pursuant to Fed. R. Civ. Pro. 4(m) and for failure to prosecute pursuant to Local Civil Rule 41(b). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 16th day of December, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA